ACCEPTED
01-14-00872-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 4:36:15 PM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01-14-00872-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 4:36:15 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS

### CALHOUN/HOLIDAY PLACE, INC., *et al*

### v.

### WELLS FARGO BANK, N.A.

## On appeal from the 55th Judicial District Court of Harris County, Texas Cause No. 2011-56876

### APPELLEE'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE FIRST COURT OF APPEALS:

Under TEXAS RULE OF APPELLATE PROCEDURE 6.1(c), please note that Sean Michael Reagan is appellate counsel for Appellee, Wells Fargo Bank, N.A. Please send all further communications relating to this appeal addressed to Mr. Reagan's attention at Leyh, Payne & Mallia, PLLC, 9545 Katy Freeway, Suite 200, Houston, Texas 77024, or via email addressed to sreagan@lpmfirm.com.

**{Signature on next page}**

1

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC

By: */s/ Sean M. Reagan*
      Sean Michael Reagan
      sreagan@lpmfirm.com
      Texas Bar No. 24046689
      9545 Katy Freeway, Suite 200
      Houston, Texas 77024
      Telephone: 713-785-0881
      Facsimile: 713-784-0884

**ATTORNEY FOR APPELLEE**

## Certificate of Service

I certify that a true and correct copy of this document has been served to all interested parties of record on this the 19th day of May 2015 as follows:

H. Miles Cohen                  *Via Email*
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010

                                        */s/ Sean M. Reagan*
                                        Sean M. Reagan